# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DigiBlaze Technologies, Inc.,
a Minnesota corporation,

Case No. Civil 01-1028 DDA/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Consumer Alliance Inc., a
Delaware Corporation, and
Steven Winter,

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

( ) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Default Judgment is hereby entered in favor of the plaintiff and against the defendants jointly and severally, in the amount of $319,647.74, plus prejudgment interest from May 25, 2001, to the date that judgment is entered (10/10/01).

DATE: October 10, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk